# FILED

11/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0457

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0457

IN THE MATTER OF:

K.D.H.,

    A Youth in Need of Care.

## ORDER

    Upon consideration of the State's Unopposed Motion to Supplement the Record on Appeal, submitted by the Appellee, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the Motion is granted and the record on appeal shall be supplemented with the following Fourth Judicial District Court records:

    *In the Matter of A.A.,* Cause No. DN 19-056;
    *In the Matter of R.A.,* Cause No. DN 19-057;
    *In the Matter of B.A*., Cause No. DN-19-058;
    *State v. [C.A.]*, Cause No. DC 19-263; and
    *State v. [C.A.]*, Cause No. DC-19-675.

    IT IS FURTHER ORDERED that the Clerk of Court shall serve all parties of record and the Clerk of District Court, Missoula County, with this Order.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 10 2020